U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 2 2015

TONY R. MOORE, CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:15CR00042-01 |
| | * | 18 U.S.C. § 2320 |
| | * | |
| VERSUS | * | |
| | * | JUDGE    JUDGE HAIK |
| | * | |
| TAWFIC AHMED SALEH | * | MAGISTRATE JUDGE |
| | | MAGISTRATE JUDGE HILL |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**

Trafficking in Counterfeit Goods
[18 U.S.C. § 2320(a)]

**At all times relevant to this Indictment:**

1. AA Discount Plus, L.L.C., was a Louisiana limited liability company operating under the trade name "Urban Buzz", with a retail store located at 218 Jefferson Street in Lafayette, Louisiana.

2. Defendant Tawfic Ahmed Saleh was the sole member and manager of AA Discount Plus, L.L.C.

**The Charge:**

On or about the 18th day of November, 2014, in the Western District of Louisiana, the defendant, TAWFIC AHMED SALEH, through his company AA Discount Plus, L.L.C., operating under the trade name, Urban Buzz, did intentionally traffic, and attempt to traffic, in

1

goods, while knowingly using on and in connection with such goods counterfeit marks that were identical to and substantially indistinguishable from marks that were in use and registered for those goods on the principal register of the United States Patent and Trademark Office ("USPTO"), the use of which counterfeit marks were likely to cause confusion, to cause mistake, and to deceive, all in violation of Title 18, United States Code, Section 2320(a). [18 U.S.C. § 2320(a)].

A TRUE BILL:

FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

By: _____
DAVID C. JOSEPH, Bar ID 28634
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:   (337) 262-6360